Todd M. Friedman (216752)
tfriedman@toddflaw.com
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLO FULGHAM,<br><br>        Plaintiff,<br><br>  v.<br><br>WALMART INC.; AND DOES 1-100, INCLUSIVE,<br><br>        Defendants, | Case No.: 2:20-cv-01338-TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING CASE DEADLINES BY 90 DAYS** |

IT IS HEREBY ORDERED that the parties' joint stipulation is GRANTED:

1. The case related deadlines shall be modified as follows:

    a. Section IV Expert Disclosure Deadline: Shall be continued to **August 3, 2021**.

    b. Supplemental Expert Disclosure Deadline: 30 days thereafter, **September 3, 2021**.

    c. Section VI Dispositive Motions: must be filed no later than 180 days after the close of expert discovery

    d. Section V Supplemental Disc:   30 days prior to hearing on the last dispositive motion;

    e. Section VII Trial Setting:  Joint Notice of Trial Readiness filed no later than 30 days after receipt of Court's ruling on last dispositive motion

2. Plaintiff retains the right to seek court relief related to the non-expert discovery cutoff, or may seek to extend the non-expert discovery cutoff after the May 24, 2021 mediation, if the matter is not resolved at mediation.

**IT IS SO ORDERED.**

Dated: April 5, 2021

                                            Troy L. Nunley
                                            United States District Judge